UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21928-JB

ALEXEY RECHKUNOV,
individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

DDS MAZAL, LLC D/B/A
BAL HARBOUR SMILES,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. ECF No. [6]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 11th day of July, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE